AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia ▾

| | | |
|---|---|---|
| Exxon Mobil Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   19-cv-1277 |
| Corporacion CIMEX S.A., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Exxon Mobil Corporation                                                                                                .

Date:      05/15/2019

/s/
*Attorney's signature*

Jared R. Butcher (986287)
*Printed name and bar number*
Steptoe & Johnson LLP
1330 Connecticut Ave NW
Washington, DC 20036

*Address*

jbutcher@steptoe.com
*E-mail address*

(202) 429-6266
*Telephone number*

(202) 429-3902
*FAX number*