UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EXXON MOBIL CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>CORPORACIÓN CIMEX S.A.<br><br>AND<br><br>UNIÓN CUBA-PETRÓLEO<br><br>Defendants. | Case No.  1:19-cv-01277-APM |

## RETURN OF SERVICE FOR CUPET

On May 14, 2019, Plaintiff filed an affidavit requesting foreign mailing to Unión Cuba-Petróleo ("CUPET") via DHL.  (Docket #6)  On May 22, 2019, Plaintiff requested that the Clerk effect service of one copy of the summons and complaint, together with a translation of each into Spanish, the official language of the foreign state, via DHL to CUPET pursuant to 28 U.S.C. § 1608(b)(3)(B).  (Docket #11)  The Clerk effected service via DHL and entered the Certificate of Mailing into the record.  (Docket #12)

I HEREBY CERTIFY that, pursuant to 28 U.S.C. § 1608(b)(3)(B), I caused a copy of the summons, complaint, and exhibits to the complaint along with translations of each into the official language of Cuba to be served on CUPET, by mailing the aforesaid documents to the said entity, addressed to Unión Cuba-Petróleo, Oficina de Asesoría Legal, Salvador Allende 666 e/ Oquendo and Soledad (5th floor), Centro Habana 10100 Cuba, which were delivered on June

10, 2019. True and correct copies of the DHL waybill, the tracking receipt, and the proof of delivery are attached as Exhibit 1.[1]  Dasmilia Sanchez signed for the receipt of the package.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing information is true and correct. Executed on June 13, 2019.

By:   /s/ Jared R. Butcher
Jared R. Butcher (DC Bar #986287)
jbutcher@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington, DC 20036
Telephone: 202-429-6266
Facsimile: 202-429-3902

*Counsel for Plaintiff*

---

[1] The DHL waybill was originally addressed to Belkis Escobar Gomez, Chief of Legal Affairs for CUPET, at Oficios 154 E/Amargura y Tte Rey, 10100 Habana Vieja Cuba. DHL was unable to complete delivery at that address, and subsequently, DHL made a re-delivery attempt at an alternative CUPET office address, which was successful. DHL delivered the package and received a signature for delivery on June 10, 2019 at the address set forth above.