# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EXXON MOBIL CORPORATION, | ) | Civil Action No.: 19-1277 (APM) |
| Plaintiff, | ) | |
| v. | ) | |
| CORPORACIÓN CIMEX, S.A., AND UNIÓN CUBA-PETRÓLEO, | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please take note that by this filing, attorney Michael Krinsky of Rabinowitz, Boudin, Standard, Krinsky, and Lieberman, P.C. hereby enters his appearance as counsel in this case for Defendants.

Dated: August 2, 2019.     Respectfully submitted,

 /s/  Michael Krinsky
Michael Krinsky, Esquire (USDC, DC #NY0302)
RABINOWITZ, BOUDIN, STANDARD,
KRINSKY & LIEBERMAN, P.C.
14 Wall Street, Suite 3002
New York, New York 10005
(212) 254-1111
mkrinsky@rbskl.com

*Counsel for Defendants*