AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Exxon Mobil Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-cv-01277-APM |
| Corporacion CIMEX S.A., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Exxon Mobil Corporation                                                                                     .

Date:      08/06/2019

/s/ Michael J. Baratz
*Attorney's signature*

Michael J. Baratz (480607)
*Printed name and bar number*

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*Address*

mbaratz@steptoe.com
*E-mail address*

(202) 429-6468
*Telephone number*

(202) 429-3902
*FAX number*