UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EXXON MOBIL CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORPORACIÓN CIMEX, S.A., *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No.: 19-1277 (APM) |

**STIPULATION AND ORDER**

Plaintiff Exxon Mobil Corporation ("Plaintiff") and Defendants Corporación CIMEX, S.A. (Cuba), Corporación CIMEX, S.A. (Panama), and Unión Cuba-Petróleo (collectively, "Defendants"), by and through their undersigned counsel, agree and stipulate as follows:

1. The Court's ruling on the branch of Defendants' pending Motion to Dismiss Plaintiff's Second Amended Complaint with prejudice and for Other Relief ("Motion to Dismiss") (ECF 42, June 16, 2020) that moves for dismissal of the Second Amended Complaint with prejudice for lack of personal jurisdiction under the Due Process Clause of the United States Constitution shall be deferred until the final adjudication of the branch of Defendants' Motion to Dismiss that moves for dismissal of the Second Amended Complaint with prejudice for lack of subject-matter jurisdiction, including the final resolution of any interlocutory appeal taken by Defendants or any one of them from any ruling of the Court that rejects their contention that the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1330(a), 1602 *et seq.*, requires dismissal of the Second Amended Complaint ("Interlocutory Appeal").

2. If an Interlocutory Appeal is taken by Defendants or any one of them and is finally resolved in favor of Plaintiff, the parties shall advise the Court promptly of their availability for

a status conference regarding the procedure for resolving the branch of the Motion to Dismiss that moves to dismiss the action with prejudice for lack of personal jurisdiction under the Due Process Clause of the United States Constitution.

3. Each Defendant waives any right it may have to appeal as of right under the collateral order doctrine an Order that the Court may enter upon remand from the Interlocutory Appeal in which the Court denies the branch of its Motion to Dismiss that moves for dismissal of the Second Amended Complaint with prejudice for lack of personal jurisdiction under the Due Process Clause of the United States Constitution ("Order on Remand").

4. Each Defendant waives any right it may have to seek an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) from an Order on Remand that: (a) rules the Defendant is entitled to the protection of the Due Process Clause with respect to personal jurisdiction; but (b) is adverse to the Defendant on whether the Due Process Clause's requirements for personal jurisdiction are satisfied.

5. Except as provided in paragraph 4, above, each Defendant reserves its right to seek an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) from an Order on Remand and for a stay of proceedings in connection therewith. Nothing in this Stipulation and Order shall be construed to be to the prejudice of such right.

6. Nothing in this Order is to the prejudice of the parties' rights except as specifically provided for herein.

Dated: March 23, 2021

By:   /s/ Michael Krinsky              By:   /s/ Steven K. Davidson

Michael Krinsky                         Steven K. Davidson
Lindsey Frank                           Michael J. Baratz
RABINOWTIZ, BOUDIN, STANDARD,           Jared R. Butcher
KRINSKY & LIEBERMAN, P.C.               STEPTOE & JOHNSON LLP

14 Wall Street, Suite 3002
New York, NY 10005
mkrinsky@rbskl.com
Telephone:  212-254-2831
Facsimile:  212-674-4614

*Counsel for Defendants*

1330 Connecticut Ave NW
Washington, DC 20036
sdavidson@steptoe.com
Telephone:  202-429-3000
Facsimile:  202-429-3902

*Counsel for Plaintiff*

        SO ORDERED

        _____
        HON. JUDGE AMIT P. MEHTA
        UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLUMBIA

3