**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ———————————————— ) | |
| EXXON MOBIL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 19-1277 (APM) |
| ) | |
| CORPORACIÓN CIMEX, S.A., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ———————————————— ) | |

**STIPULATION AND ORDER**

Plaintiff Exxon Mobil Corporation ("Plaintiff") and Defendants Corporación CIMEX, S.A. (Cuba), Corporación CIMEX, S.A. (Panama), and Unión Cuba-Petróleo (collectively, "Defendants"), by and through their undersigned counsel, agree and stipulate as follows:

1.      In reviewing the filed transcript of the oral argument held by Zoom on March 10, 2021 (ECF 56), both Plaintiff and Defendants have identified a limited number of instances where counsel misspoke or were not audible and distinct enough for completely accurate transcription. They have jointly marked the attached copy of the transcript with the corrections they wish to make.  Those corrections are located on pages: 9-10, 14-15, 19, 21, 26-27, 31, 35, 37-40, 43, 45, 49-50, 53-54, 56-65, 67-69, 71-73, 75-79, 81, 83-84 and 86-87, Neither Plaintiff nor Defendants have objections to the other's corrections.   The court reporter shall docket an amended hearing transcript.

2.      The Parties respectfully submit the attached for the Court's consideration in its

deliberations on the Defendants' motions that were heard on March 10, 2021.

Dated: April 5, 2021

By:___/s/ Michael Krinsky_____        By:___/s/ Steven K. Davidson_____

Michael Krinsky (USDC, DC #NY0302)        Steven K. Davidson (DC Bar #407137)
Lindsey Frank (USDC, DC #NY0301)          Michael J. Baratz (DC Bar #480607)
RABINOWTIZ, BOUDIN, STANDARD,             Jared R. Butcher (DC Bar #986287)
KRINSKY & LIEBERMAN, P.C.                 STEPTOE & JOHNSON LLP
14 Wall Street, Suite 3002                1330 Connecticut Ave NW
New York, NY 10005                        Washington, DC 20036
mkrinsky@rbskl.com                        sdavidson@steptoe.com
Telephone:  212-254-2831                  Telephone:  202-429-3000
Facsimile:  212-674-4614                  Facsimile:  202-429-3902

*Counsel for Defendants*                    *Counsel for Plaintiff*


                                          SO ORDERED


                                          _____
                                          HON. JUDGE AMIT P. MEHTA
                                          UNITED STATES DISTRICT COURT
                                          FOR THE DISTRICT OF COLUMBIA