**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EXXON MOBIL CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>CORPORACIÓN CIMEX S.A., *et al*.<br><br>Defendants. | Case No. 19-cv-1277 (APM) |

**STIPULATION AND ORDER**

On April 20, 2021, the Court ordered that the parties "meet and confer and propose to the

Court by May 4, 2021, a schedule for discovery that is consistent with the limited scope

described in [its] Memorandum Opinion and Order."  Dkt. No. 64 (the "April 20 Order").  In

accordance with the April 20 Order, Plaintiff Exxon Mobil Corporation ("Plaintiff") and

Defendants Corporación CIMEX, S.A. (Cuba) ("CIMEX-Cuba"), Corporación CIMEX, S.A.

(Panama) ("CIMEX-Panama"), and Unión Cuba-Petróleo ("CUPET") (collectively,

"Defendants"), by and through their undersigned counsel, have met and conferred and have

agreed to the following discovery schedule, submitted for the Court's approval:

1.　　　Plaintiff shall serve (but not file) its initial discovery requests (comprising of

document requests, interrogatories, requests for admission, and/or Rule 30(b)(6) deposition

requests or notices of deposition) on CIMEX-Panama and CUPET on or before **June 4, 2021**.  In

order to clearly identify any disputes over the scope of discovery at the outset, Plaintiff will

organize each set of its discovery requests into categories and include a brief statement of why

each category is covered by the permissible discovery topics set forth in the Court's April 20

Order, and likely to lead to relevant information.

2. CIMEX-Panama and CUPET shall serve (but not file) objections to the initial

discovery requests on or before **June 18, 2021**. To the extent CIMEX-Panama and CUPET

object to a particular category of discovery requests, their objections shall include a brief

statement of why each category is not permissible and/or not likely to lead to relevant

information.

3. The parties shall meet and confer in connection with the initial discovery requests

on or before **July 2, 2021**. **The parties shall appear for a status hearing on July 7, 2021, at 1:00 p.m.**

4. To the extent necessary, CIMEX-Panama and/or CUPET shall file any motions to

stay discovery and/or for a protective order related to the initial discovery requests by **July 16, 2021**. Plaintiff shall file an opposition to these motions by **August 6, 2021**. CIMEX-Panama

and/or CUPET shall file any reply in further support of these motions by **August 16, 2021.** In

the event oral argument is requested and granted, oral argument will be held on these motions on

a date to be set by the Court on or after **August 17, 2021**.

5. Each of the foregoing deadlines may be amended on consent of the parties

without further order from the Court.

6. The discovery period will end ninety (90) days after the Court has issued an order

resolving any motions relating to the initial discovery requests or on November 1, 2021,

whichever is later ("Discovery Cut-Off"). The Discovery Cut-Off may be extended for good

cause shown by order of the Court.

7. Plaintiff may serve additional discovery on CIMEX-Panama and CUPET up to 14

days prior to the Discovery Cut-Off.

8.      Plaintiff may serve, without further order of the Court, up to ten depositions total

with respect to CIMEX-Panama and up to ten depositions total with respect to CUPET, and up to

thirty-five interrogatories upon each of CIMEX-Panama and CUPET, without prejudice to

CIMEX-Panama or CUPET, respectively, moving to limit the number of depositions or

interrogatories.

9.      Note is made that CIMEX-Cuba intends to file a timely Notice of Appeal from the

Court's Memorandum Opinion and Order with respect to it.


Dated: May 4, 2021

By: /s/ Steven K. Davidson
Steven K. Davidson (DC Bar No. 407137)
Michael J. Baratz (DC Bar No. 480607)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave NW
Washington, DC 20036
sdavidson@steptoe.com
mbaratz@steptoe.com
Telephone: 202-429-3000
Facsimile: 202-429-3902


*Counsel for Plaintiff*

By: /s/ Michael Krinsky
Michael Krinsky (USDC, DC #NY0302)
Lindsey Frank (USDC, DC #NY0301)
RABINOWTIZ, BOUDIN, STANDARD,
KRINSKY & LIEBERMAN, P.C.
14 Wall Street, Suite 3002
New York, NY 10005
mkrinsky@rbskl.com
lfrank@rbskl.com
Telephone: 212-254-2831
Facsimile: 212-674-4614


*Counsel for Defendants*


SO ORDERED



_____

Hon. Amit P. Mehta
United States District Judge