UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CORPORACIÓN CIMEX S.A., *et al.*,<br><br>Defendants. | Case No. 19-cv-1277-APM |

### ORDER ENTERING STAY PENDING APPEAL

This matter is before the Court upon a Status Conference held on October 9, 2025, during which the parties relayed to the Court an agreement to stay all deadlines pending the resolution of Plaintiff's appeal on writ of certiorari to the United States Supreme Court.

The Court having heard from all parties, and with the Court being otherwise sufficiently advised, **IT IS ORDERED** that:

(1) This matter is **STAYED** pending the resolution of Plaintiff's appeal on writ of certiorari to the United States Supreme Court, unless and until otherwise ordered by the Court;

(2) All pending motions and deadlines are accordingly held **IN ABEYANCE** until the stay of this matter is lifted;

(3) During the pendency of the stay, no party shall serve additional discovery demands in this proceeding; and

(4) During the pendency of the stay, all parties and non-parties, including those non-parties subject to subpoena who have not appeared before the Court, are **ORDERED** to continue to preserve all documents, electronically stored information, and tangible things that are relevant

to the subject matter of this litigation, including but not limited to materials that may be discoverable under applicable rules.

**SO ORDERED.**

This __14th__ day of October, 2025, at Washington, District of Columbia.

_____
HON. AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE