# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-7127** **September Term, 2025**

**1:19-cv-01277-APM**

**Filed On: July 29, 2026** **[2185697]**

Exxon Mobil Corporation,

Appellee

v.

Corporacion CIMEX, S.A. (Cuba),

Appellant

Corporacion CIMEX, S.A. (Panama) and
Union Cuba-Petroleo,

Appellees

------------------------------

Consolidated with 22-7019, 22-7020

**O R D E R**

It is **ORDERED**, on the court's own motion, that the court's mandate be recalled.

The Clerk, United States District Court for the District of Columbia is requested to return the mandate forthwith to the United States Court of Appeals for the District of Columbia Circuit.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk