# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 21-7127** **September Term, 2025**

**1:19-cv-01277-APM**

**Filed On: August 28, 2026** **[2190387]**

Exxon Mobil Corporation,

Appellee

v.

Corporacion CIMEX, S.A. (Cuba),

Appellant

Corporacion CIMEX, S.A. (Panama) and
Union Cuba-Petroleo,

Appellees

------------------------------

Consolidated with 22-7019, 22-7020

**M A N D A T E**

In accordance with the judgment of August 28, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed August 28, 2026