# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 21-7127** **September Term, 2025**

FILED ON: AUGUST 28, 2026

EXXON MOBIL CORPORATION,
APPELLEE

v.

CORPORACION CIMEX, S.A. (CUBA),
APPELLANT

CORPORACION CIMEX, S.A. (PANAMA) AND UNION CUBA-PETROLEO,
APPELLEES

---

Consolidated with 22-7019, 22-7020

---

Appeals from the United States District Court
for the District of Columbia
(No. 1:19-cv-01277)

---

Before: SRINIVASAN, *Chief Judge*, PILLARD, *Circuit Judge*, and RANDOLPH, *Senior Circuit Judge*

## J U D G M E N T

These causes came to be heard on remand from the Supreme Court of the United States, reversing this court's judgment filed July 30, 2024, and remanding for further proceedings consistent with its opinion. On consideration thereof, it is

**ORDERED AND ADJUDGED** that these consolidated cases be remanded to the District Court for further proceedings consistent with the Supreme Court's opinion in Exxon Mobil Corp. v. Corporación Cimex, S.A., 146 S. Ct. 1909 (2026).

The Clerk is directed to issue the mandate forthwith to the District Court.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk