**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EXXON MOBIL CORPORATION,

*Plaintiff*,

v.

CORPORACIÓN CIMEX S.A., *et al.*,

*Defendants*.

Case No. 19-cv-1277 (APM)

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to Amend Complaint, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Third Amended Complaint shall be deemed filed as of September 21, 2026. The Clerk of the Court is respectfully requested to make the appropriate docket entries. It is

**FURTHER ORDERED** that Defendants CORPORACIÓN CIMEX, S.A. (Cuba), CORPORACIÓN CIMEX, S.A. (Panama), and UNIÓN CUBA-PETRÓLEO ("CUPET") shall answer or otherwise respond to the Third Amended Complaint no later than November 20, 2026.

Dated: ____________

______________________________
Hon. Amit P. Mehta
United States District Judge